IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-10511
Conference Calendar
_____

JOHN ROBERT DEMOS, JR.,

                                        Plaintiff-Appellant,

versus

LEE R. RAYMOND,

                                        Defendant-Appellee.

--------------------

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:00-CV-450-H
--------------------
October 18, 2000

Before SMITH, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

John Robert Demos, Jr. (Washington state prisoner #287455),
has, on at least three prior occasions, filed in forma pauperis
(IFP) complaints that have been dismissed as frivolous or for
failure to state a claim.  See Demos v. Arledge, No. H-00-719
(S.D. Tex.; Mar. 28, 2000); Demos v. Sysco Corp., No. H-94-2209
(S.D. Tex.; Oct. 19, 1994); Demos v. Doe, No. 3:94-CV-1805-D
(N.D. Tex; Nov. 7, 1994), aff'd, No. 94-11064 (5th Cir.; Mar. 2,

_____

        [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

1995).  Demos is thus BARRED from proceeding IFP in any civil action or appeal filed while he is in prison unless he is under imminent danger of serious physical injury.  <u>See</u> 28 U.S.C. § 1915(g).  Therefore, his leave to proceed IFP on appeal, which district court granted by order on July 5, 2000, is DECERTIFIED. Demos's appeal is DISMISSED.  He may seek to reinstate his appeal by paying the full appellate filing fee of $105 to the clerk of the district court within 15 days of the date of this opinion.

IFP DECERTIFIED; APPEAL DISMISSED; THREE-STRIKES BAR IMPOSED.